# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, | Case No. 2:17-cv-01866-APG-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 16) |
| ANTIGUA MAINTENANCE CORPORATION, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to enlarge the time to serve Defendant East Cactus by 90 days. Docket No. 16. Where good cause is shown, the time for serving the complaint is extended for an appropriate period. *See* Fed. R. Civ. P. 4(m). While the motion establishes sufficient cause to extend the time for effectuating service, the Court finds insufficient cause to double the service period as requested. Instead, the Court will extend the service by period by 45 days. Accordingly, the motion to enlarge time for service is hereby **GRANTED** in part and **DENIED** in part.

IT IS SO ORDERED.

DATED: September 25, 2017

NANCY J. KOPPE
United States Magistrate Judge