WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
E. Daniel Kidd, Esq.
Nevada Bar No. 10106
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
dkidd@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION; EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01866-APG-NJK<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2 ("US Bank"); Defendant ANTIGUA MAINTENANCE CORPORATION ("Antigua"); and Defendant EAST CACTUS 2071 TRUST ("East Cactus") hereby stipulate and agree as follows:

//

1. On November 29, 2017, US Bank filed a Motion for Leave to File First Amended Complaint (ECF No. 26). The Motion attached a proposed First Amended Complaint, which added causes of action against Antigua and the HOA Trustee (Nevada Association Services).
2. No party has filed an opposition to the Motion.
3. The Court has not entered a decision on the Motion.
4. After the Motion was filed, East Cactus disclosed the identity of the Trustee for the trust.
5. US Bank now seeks to amend the complaint to include the name of the Trustee for the East Cactus trust.
6. Attached as Exhibit 1 to this Stipulation is a Revised First Amended Complaint, which amends the proposed First Amended Complaint by identifying the trustee and including the name of the trustee of the East Cactus 2071 Trust in the caption.
7. The parties hereby stipulate and agree that US Bank may file the Revised First Amended Complaint.

**IT IS SO STIPULATED.**

DATED this ___ day of February, 2018.　　　　DATED this 26th day of February, 2018.

WRIGHT, FINLAY & ZAK, LLP　　　　　　　　BOYACK ORME & ANTHONY

_____　　　　/s/ Kelley K. Blatnik, Esq (of counsel)
DANA JONATHON NITZ, ESQ.　　　　　　　　EDWARD D. BOYACK, ESQ.
Nevada Bar No. 50　　　　　　　　　　　　　Nevada Bar No. 005229
E. DANIEL KIDD, ESQ.　　　　　　　　　　　KELLEY K. BLATNIK, ESQ (OF COUNSEL)
Nevada Bar No. 10106　　　　　　　　　　　Nevada Bar No. 12768
7785 W. Sahara Ave., Suite 200　　　　　　　7432 W. Sahara Ave. Suite 101
Las Vegas, Nevada 89117　　　　　　　　　　Las Vegas, Nevada 89117
*Attorneys for Plaintiff, U.S. Bank,*　　　　　*Attorneys for Antigua Maintenance*
*National Association, as Trustee for*　　　　*Corporation*
*Asset Backed Securities Corporation*
*Home Equity Trust, Series 2005-HE2,*
*Asset Backed Pass-Through Certificates,*
*Series 2005-HE2*

1. On November 29, 2017, US Bank filed a Motion for Leave to File First Amended Complaint (ECF No. 26). The Motion attached a proposed First Amended Complaint, which added causes of action against Antigua and the HOA Trustee (Nevada Association Services).
2. No party has filed an opposition to the Motion.
3. The Court has not entered a decision on the Motion.
4. After the Motion was filed, East Cactus disclosed the identity of the Trustee for the trust.
5. US Bank now seeks to amend the complaint to include the name of the Trustee for the East Cactus trust.
6. Attached as Exhibit 1 to this Stipulation is a Revised First Amended Complaint, which amends the proposed First Amended Complaint by identifying the trustee and including the name of the trustee of the East Cactus 2071 Trust in the caption.
7. The parties hereby stipulate and agree that US Bank may file the Revised First Amended Complaint.

**IT IS SO STIPULATED.**

DATED this 2nd day of March, 2018.          DATED this ___ day of February, 2018.

**WRIGHT, FINLAY & ZAK, LLP**                **BOYACK ORME & ANTHONY**

/s/ E. Daniel Kidd, Esq.

_____              _____
DANA JONATHON NITZ, ESQ.                    EDWARD D. BOYACK, ESQ.
Nevada Bar No. 50                           Nevada Bar No. 005229
E. DANIEL KIDD, ESQ.                        KELLEY K. BLATNIK, ESQ (OF COUNSEL)
Nevada Bar No. 10106                        Nevada Bar No. 12768
7785 W. Sahara Ave., Suite 200              7432 W. Sahara Ave. Suite 101
Las Vegas, Nevada 89117                     Las Vegas, Nevada 89117
*Attorneys for Plaintiff, U.S. Bank,*       *Attorneys for Antigua Maintenance*
*National Association, as Trustee for*      *Corporation*
*Asset Backed Securities Corporation*
*Home Equity Trust, Series 2005-HE2,*
*Asset Backed Pass-Through Certificates,*
*Series 2005-HE2*

DATED this 2nd day of March, 2018.

**AYON LAW, PLLC**

/s/ Luis A. Ayon, Esq.

_____
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
*Attorneys for Defendant east cactus 2071 Trust*

## ORDER

Based on the foregoing Stipulation, and good cause appearing thereof, the Court hereby orders that US Bank is granted leave to amend to file the Revised First Amended Complaint, which was attached as Exhibit 1 to the Stipulation. US Bank shall file the Revised First Amended Complaint within 14 days of the entry of an order on this Stipulation.

Additionally, the motion to amend at Docket No. 26 is DENIED as moot.
IT IS SO ORDERED.
Dated: March 5, 2018

_____
United States Magistrate Judge