# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>  Plaintiff,<br><br>v.<br><br>ANTIGUA MAINTENANCE CORPORATION, et al.,<br><br>  Defendants. | Case No. 2:17-cv-01866-APG-NJK<br><br>**ORDER** |

Plaintiff U.S. Bank filed this action seeking to set aside the non-judicial foreclosure sale conducted by the homeowners association, defendant Antigua Maintenance Corporation. ECF No. 32. Undoing the sale would re-vest title in the former homeowner, Rudy James Lopez. But U.S. Bank has not named Lopez as a defendant in this case. *See* Fed. R. Civ. P. 19. Lopez recently filed a separate action in this District regarding the sale of this property against the defendants in this case. *Lopez v. Antigua Maintenance Corporation*, 2:18-cv-00457-GMN-PAL. Like U.S. Bank, Lopez challenges the validity of the foreclosure sale and sues the same defendants from this case. In that case, Lopez also requests to be joined in this case. *Id*., ECF No. 2.

IT IS THEREFORE ORDERED that U.S. Bank shall immediately contact Rudy Lopez[1] and discuss whether he should be joined to this lawsuit or have his lawsuit consolidated into this one. U.S. Bank shall then notify the other parties about the results of that contact and discuss joinder or consolidation. If the parties agree, they should file a stipulation to join or consolidate. If not, on or before April 13, 2018, U.S. Bank shall file a brief explaining the results of these communications, and stating whether Lopez or his lawsuit should be joined to this case. Any

---

[1] Mr. Lopez is not yet represented by counsel. His contact information is listed in the docket for case number 2:18-cv-00457-GMN-PAL.

party disagreeing with U.S. Bank's position shall file a responsive brief within seven days after U.S. Bank files its brief.

DATED 20th day of March, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE