**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, | Case No. 2:17-cv-01866-APG-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| ANTIGUA MAINTENANCE, et al., | (Docket No. 37) |
| Defendant(s). | |

Discovery closed in this case on March 14, 2018. Docket No. 29. Now pending before the Court is a stipulation to reopen discovery in light of the addition of a new party through the consolidation of cases. Docket No. 37. The stipulation seeks to entirely restart the discovery clock. *See id.* at 4 (seeking new discovery cutoff of September 27, 2018).

As the stipulation makes clear, significant discovery has already been completed. *Id.* at 2-3. Given the circumstances, the only discovery that should remain would involve the newly added party (Rudy James Lopez). Moreover, while the local rules require a "specific description" of the remaining discovery, *see* Local Rule 26-4, the stipulation provides vaguely that discovery is needed "regarding [Mr. Lopez's] claims," Docket No. 37 at 3. No indication is given as to what discovery is contemplated, or why the parties expect any such discovery to take six months to complete. Nor is there any indication that further amendment is contemplated or that additional experts will be needed.

Without any such information, the Court will provide 60-days from today's date for discovery related to Mr. Lopez's claims.[1] Accordingly, the stipulation is **GRANTED** in part and deadlines are hereby **SET** as follows:

- Amend pleadings/ Add parties: Closed
- Expert disclosures: Closed
- Rebuttal experts: Closed
- Joint interim status report: May 21, 2018
- Discovery cutoff: June 4, 2018
- Dispositive motions: July 3, 2018
- Joint proposed pretrial order: August 2, 2018, or 30 days from a decision on dispositive motions

IT IS SO ORDERED.

DATED: April 3, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] To the extent further time is needed or there is cause to revive one of the closed deadlines, a request may be filed pursuant to Local Rule 26-4. The Court expresses no opinion herein as to whether any extension or reopening will be provided.