WRIGHT, FINLAY & ZAK, LLP
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
E. Daniel Kidd, Esq.
Nevada Bar No. 10106
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
dkidd@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01866-APG-NJK<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR U.S. BANK TO RESPOND TO EAST CACTUS 2071 TRUST'S MOTION TO DISMISS [ECF NO. 44]**<br><br>**(FIRST REQUEST)** |

Plaintiff U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2 ("US Bank") and Defendant KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST ("East Cactus Trust"), by and through their counsel of record, hereby stipulate as follows:

- Defendant East Cactus Trust filed a Motion to Dismiss U.S. Bank's First Amended Complaint on April 6, 2018 (ECF No. 44, hereinafter "Motion to Dismiss").
- The deadline for U.S. Bank's response to the Motion to Dismiss is April 20, 2018.
- Based on its counsel's current schedule, Defendant U.S. Bank has requested in good faith an extension of time to respond to the Motion to Dismiss to **April 27, 2018**, and East Cactus Trust has agreed to the requested extension.
- Therefore, the undersigned parties stipulate and agree that there is good cause to grant the extension.

**IT IS SO STIPULATED.**

DATED this 20th day of April, 2018.  DATED this 20th day of April, 2018.

**WRIGHT, FINLAY & ZAK, LLP**  **AYON LAW, PLLC**

*/s/ E. Daniel Kidd*  */s/ Luis A. Ayon*
E. DANIEL KIDD, ESQ.  LUIS A. AYON, ESQ.
Nevada Bar No. 10106  Nevada Bar No. 9752
7785 W. Sahara Ave., Suite 200  8716 Spanish Ridge Avenue Suite 115
Las Vegas, Nevada 89117  Las Vegas, Nevada 89148
*Attorneys for Plaintiff, U.S. Bank*  *Attorneys for Defendant Kenneth Berberich*
*National Association, as Trustee for*  *as Trustee for the East Cactus 2071 Trust*
*Asset Backed Securities Corporation*
*Home Equity Trust, Series 2005-HE2*
*Asset Backed Pass-Through Certificates,*
*Series 2005-HE2*

**ORDER**

Based on the foregoing Stipulation, and good cause appearing thereof, the Court hereby orders that the deadline for U.S. Bank's response to East Cactus Trust's Motion to Dismiss is extended to **April 27, 2018**.

**IT IS SO ORDERED.**
Dated: April 23, 2018.

_____
UNITED STATES DISTRICT JUDGE