Adrienne Brantley-Lomeli
Nevada Bar No. 14486
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: abrantley@lrrc.com

*Attorney for Consolidated-Plaintiff
Rudy James Lopez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants.<br><br>RUDY JAMES LOPEZ,<br><br>Consolidated-Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Consolidated-Defendants. | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with: 2:18-cv-00457-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO DEFENDANT EAST CACTUS 2071 TRUST'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Consolidated-Plaintiff Rudy James Lopez ("Lopez") and Defendant EAST CACTUS

104853192_1

2071 TRUST ("East Cactus"), through their respective counsel, hereby state the following:

1. On April 25, 2018, East Cactus filed its Motion to Dismiss First Amended Complaint (ECF No. 50).

2. On April 26, 2018, Antigua Maintenance Corporation filed a Joinder to East Cactus' Motion to Dismiss (ECF No. 51).

3. That Lopez shall file a response to East Cactus' Motion to Dismiss on or before May 21, 2018.

**IT IS SO AGREED AND STIPULATED.**

Dated this 4th day of May, 2018.        Dated this 4th day of May, 2018.

LEWIS ROCA                              AYON LAW, PLLC
ROTHGERBER CHRISTIE LLP


By: /s/ Adrienne Brantley-Lomeli        By:   /s/ Luis A. Ayon
Adrienne Brantley-Lomeli                Luis A. Ayon
3993 Howard Hughes Pkwy, Suite 600      8716 Spanish Ridge Ave., Suite 115
Las Vegas, NV 89169-5996                Las Vegas, NV 89148
Tel: 702.949.8200                       Tel: 702.600.3200
E-mail: abrantley@lrrc.com              E-mail: laa@ayonlaw.com

*Attorney for Consolidated-Plaintiff*   *Attorney for Defendant East Cactus 2071 Trust*
*Rudy James Lopez*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 4, 2018.