LUIS A. AYON, ESQ.
Nevada Bar No. 9752
REGINALD S. THOMAS, ESQ.
Nevada Bar No. 14424
**AYON LAW, PLLC**
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com
E-Mail: rst@ayonlaw.com
*Attorneys for Defendant East Cactus 2071*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01866-APG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLY TO CONSOLDATED PLAINTIFF RUDY JAMES' RESPONSE TO EAST CACTUS 2071'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[FIRST REQUEST] |
| RUDY JAMES LOPEZ,<br><br>Consolidated-Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC., | |

Consolidated-Defendants.

Defendant EAST CACTUS 2071 TRUST ("East Cactus") and Consolidated-Plaintiff Rudy James Lopez ("Lopez"), through their respective counsel, hereby state the following:

1. On April 25, 2018, East Cactus filed its Motion to Dismiss First Amended Complaint (ECF No. 50).

2. On April 26, 2018, Antigua Maintenance Corporation filed a Joinder to East Cactus' Motion to Dismiss (ECF No. 51).

3. On May 18, 2018 that Lopez filed a Response to East Cactus' Motion to Dismiss (ECF No. 64).

4. That East Cactus will file a reply on or before June 14, 2018.

**IT IS SO AGREED AND STIPULATED.**

| | |
|---|---|
| Dated this 11th day of June, 2018. | Dated this 11th day of June, 2018. |
| AYON LAW, PLLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: /s/ *Luis A. Ayon* | By: /s/ *Adrienne Brantley-Lomeli* |
| Luis A. Ayon<br>8716 Spanish Ridge Ave., Suite 115<br>Las Vegas, NV 89148<br>Tel: 702.600.3200<br>E-mail: laa@ayonlaw.com<br>*Attorney for East Cactus 2071* | Adrienne Brantley-Lomeli<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: 702.949.8200<br>E-mail: abrantley@lrrc.com<br>*Attorney for Consolidated-Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 12, 2018.