WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with:<br><br>2:18-CV-00457-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE REPLIES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

COMES NOW Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2 (hereinafter "U.S. Bank"), Consolidated-Plaintiff, Rudy James Lopez (hereinafter "Lopez"), Defendant, Antigua Maintenance Corporation (hereinafter "HOA")

and Defendant, East Cactus 2071 Trust (hereinafter "Trust"), by and through their respective counsel of record, and hereby agree and stipulate as follows:

1. U.S. Bank filed its Motion for Summary Judgment [ECF 73] on July 2, 2018;

2. HOA filed its Motion for Summary Judgment against U.S. Bank [ECF 74] on July 3, 2018; U.S. Bank filed its Response in Opposition to HOA's Motion for Summary Judgment [ECF 88] on July 24, 2018; HOA's deadline to file its Reply in Support of its Motion for Summary Judgment is August 7, 2018;

3. HOA filed its Motion for Summary Judgment against Lopez [ECF 75] on July 3, 2018; Lopez filed its Response in Opposition to HOA's Motion for Summary Judgment [ECF 84] on July 23, 2018; HOA's deadline to file its Reply in Support of its Motion for Summary Judgment is August 6, 2018;

4. Lopez filed its Motion for Summary Judgment [ECF 77] on July 3, 2018; HOA filed its Response in Opposition to Lopez's Motion for Summary Judgment [ECF 82] on July 11, 2018; and Lopez filed its Reply in Support of its Motion for Summary Judgment [ECF 83] on July 16, 2018;

5. HOA filed its Response in Opposition to U.S. Bank's Motion for Summary Judgment [ECF 85] on July 23, 2018; U.S. Bank's deadline to file its Reply in Support to its Motion for Summary Judgment is August 6, 2018;

6. The Trust filed its Response in Opposition to U.S. Bank's Motion for Summary Judgment [ECF 86] on July 23, 2018; U.S. Bank's deadline to file its Reply in Support of its Motion for Summary Judgment is August 6, 2018;

7. The Trust filed its Response in Opposition to Lopez's Motion for Summary Judgment [ECF 87] on July 24, 2018; Lopez's deadline to file its Reply in Support of its Motion for Summary Judgment is August 7, 2018;

**8. The Parties agree to extend the deadlines to file any remaining Replies in Support of their Respective Motions from August 6, 2018 to August 20, 2018 and August 7, 2018 to August 21, 2018;**

9. This extension is requested due to the U.S. Bank's previous handling counsel (E. Daniel Kidd, Esq.) leaving the firm and new counsel (Natalie C. Lehman, Esq.) will be in trial the week of August 6, 2018. In consideration of the above, the parties have agreed to extend all remaining reply deadlines.

10. This is the parties' first request for extension of this deadline, and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 31st day of July, 2018.

WRIGHT FINLAY & ZAK, LLP
/s/ *Natalie C. Lehman*, Esq.
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

DATED this 31st day of July, 2018.

BOYACK ORME & ANTHONY
*/s/ Kelley K. Blatnik, Esq. (of counsel)*
Edward D. Boyack, Esq.
Nevada Bar No. 005229
Kelley Blatnik, Esq. (of counsel)
Nevada Bar No. 12768
7432 W. Sahara Ave., Ste. 101
Las Vegas, NV 89117
*Attorneys for Defendant, Antigua Maintenance Corporation*

DATED this 31st day of July, 2018.

AYON LAW, PLLC
*/s/ Luis A. Ayon, Esq.*
Luis A. Ayon, Esq.
Nevada Bar No. 9752
8716 Spanish Ridge Ave., Ste. 115
Las Vegas, Nevada 89148
*Attorneys for Defendant, East Cactus 2071 Trust*

DATED this 31st day of July, 2018.

LEWIS ROCA ROTHGERBER CHRISTIE LLP
*/s/ Adrienne Brantley-Lomeli, Esq.*
Adrienne Brantley-Lomeli, Esq.
Nevada Bar No. 14486
3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, NV 89169
*Attorneys for Consolidated-Plaintiff Rudy James Lopez*

**ORDER**

Dated: August 1, 2018.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE