| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Christina V. Miller, Esq.<br>Nevada Bar No.12448 |
| 3 | Joseph A. Dragon, Esq.<br>Nevada Bar No. 13682 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| 5 | Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345 |
| 6 | jdragon@wrightlegal.net |

*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with:<br><br>2:18-CV-00457-APG-PAL<br><br>**MOTION TO WITHDRAW NATALIE C. LEHMAN, ESQ. AS ATTORNEY OF RECORD** |

JOSEPH A. DRAGON, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby requests that Natalie C. Lehman, Esq. be withdrawn as counsel of record in the above-referenced matter. Natalie C. Lehman, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of August 28, 2018, and no longer represents Plaintiff, U.S. Bank, National Association, as Trustee

for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2.

The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117, will remain as counsel of record for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2. For the reason that Ms. Lehman is no longer associated with the law firm of WRIGHT, FINLAY & ZAK, LLP, counsel asks that this motion be granted and that Natalie C. Lehman, Esq. be withdrawn as counsel of record and removed from the service list and that Joseph A. Dragon, Esq. be added to the service list.

DATED this 29th day of August, 2018.

WRIGHT, FINLAY & ZAK, LLP

 /s/Joseph A. Dragon, Esq.
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED that the Motion to Withdraw Natalie C. Lehman, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED  Dated:  August 30, 2018

_____
UNITED STATES MAGISTRATE JUDGE