Edward D. Boyack
Nevada Bar No. 005229
**BOYACK ORME & ANTHONY**
7432 W. Sahara Avenue, Ste 101
Las Vegas, Nevada 89117
admin@boyacklaw.com
702.562.3415
702.562.3570 (fax)
*Attorney for Defendant,*
*Antigua Maintenance Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br>v.<br><br>ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with:<br><br>2:18-CV-00457-APG-PAL<br><br>**MOTION TO WITHDRAW KELLEY K BLATNIK, ESQ. AS ATTORNEY OF RECORD** |
| EAST CACTUS 2071 TRUST<br><br>Counter-claimant<br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2<br><br>Counter-Defendant | |

| | |
|---|---|
| RUDY JAMES LOPEZ | |
|                 Consolidated-Plaintiff | |
| v. | |
| ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC., | |
|                 Consolidated- Defendants | |

PATRICK A. ORME, ESQ. of the law firm, Boyack Orme & Anthony, hereby requests that Kelley K Blatnik, Esq. be withdrawn as counsel of record in the above referenced matter. As of September 21, 2018, Kelley K Blatnik, Esq. is no longer an independent contractor with Boyack Orme & Anthony and no longer represents Antigua Maintenance Corporation in this matter.

The law firm Boyack Orme & Anthony, 7432 W. Sahara Ave., Ste. 100, Las Vegas, NV 89117 will remain counsel of record for Antigua Maintenance Corporation. For the reason that Kelley K Blatnik, Esq. is no longer associated with the law firm Boyack, Orme & Anthony, counsel requests that this motion be granted and that Kelley K Blatnik, Esq. be withdrawn as counsel of record and removed from the service list and that Patrick D. Orme, Esq. be added to the service list.

Dated this 11th day of September 2018.

**BOYACK ORME & ANTHONY**

By: /s/ *Patrick D Orme, Esq.*
Edward D. Boyack, Esq.
Nevada Bar No. 005229
Patrick D Orme, Esq.
Nevada Bar No. 7853
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
*Attorney for Sahara Sunrise HOA*

BOYACK ORME & ANTHONY
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 562-3415•Fax: (702) 562-3570

**ORDER**

IT IS HEREBY ORDERED that the Motion to Withdraw Kelley K. Blatnik, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED this day of _September 11, 2018.

______________________________

UNITED STATES MAGISTRATE JUDGE