# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>ANTIGUA MAINTENANCE CORPORATION, et al.,<br><br>Defendants | Case No.: 2:17-cr-01866-APG-NJK<br><br>**Order Sealing Exhibits and Ordering Redaction** |

Some of the exhibits to U.S. Bank's motion for summary judgment (ECF No. 73) contain plaintiff Rudy Lopez's social security number and home address in California, as well as bank account numbers for Lopez and Nevada Association Services, Inc. Pursuant to Local Rule IC 6-1, those should have been redacted and should not be placed on the public record. I therefore will direct the clerk of court to seal that docket entry and will order U.S. Bank to file a publicly accessible redacted version.

IT IS THEREFORE ORDERED that the clerk of court shall seal ECF No. 73-4 because it contains social security numbers.

IT IS FURTHER ORDERED that on or before November 21, 2018, plaintiff U.S. Bank shall file a publicly accessible version of ECF No. 73-4 that has redacted all information that is required to be redacted under Local Rule IC 6-1.

DATED this 15th day of November, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE