# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCATION,<br><br>Plaintiff<br><br>v.<br><br>ANTIGUA MAINTENANCE CORPORATION, et al.,<br><br>Defendants<br><br>AND ALL RELATED AND CONSOLIDATED CLAIMS | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with: 2:18-cv-00457-APG-PAL<br><br>**Order Setting Hearing on Pending Motions**<br><br>[ECF Nos. 44, 46, 50, 93] |

I will conduct a hearing on the pending motion to amend (ECF No. 67) and motions for summary judgment (ECF Nos. 73, 74, 75, 77) on January 10, 2019 at 10:00 a.m. in Las Vegas Courtroom 6C.

DATED this 19th day of December, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE