WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No.12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION, et al.<br><br>Defendants.<br><br>AND ALL RELATED AND CONSOLIDATED CLAIMS | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with:<br><br>2:18-CV-00457-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**<br><br>**[FIRST REQUEST]** |

Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2 (hereinafter, "U.S. Bank"); Defendant, Nevada Association Services, Inc. (hereinafter "NAS" or HOA "HOA Trustee"); Defendant, Kenneth Berberich as Trustee for the East Cactus 2071 Trust (hereinafter, "East Cactus Trust"); and Defendant, Antigua Maintenance Corporation (hereinafter, "Antigua"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1     IT IS HEREBY STIPULATED AND AGREED that the dispositive motion deadline
2 should be continued for 30 days from February 12, 2019 to March 12, 2019, to permit the parties
3 to reach a global resolution of the above-identified litigation and execute the necessary
4 settlement documents, including but not limited to a Stipulated Judgment.

5     IT IS HEREBY STIPULATED AND AGREED that if a global resolution is not reached
6 prior to the extended dispositive motion deadline, then the parties shall proceed with dispositive
7 motion practice.

8     IT IS HEREBY STIPULATED AND AGREED that the request for an extension of the
9 dispositive motion deadline is not intended to cause delay.

11     IT IS SO STIPULATED.
12 DATED this 12th day of February, 2019.    DATED this 12th day of February, 2019.

13 **WRIGHT, FINLAY & ZAK, LLP**      **AYON LAW, PLLC**

15 */s/ Joseph A. Dragon, Esq.*      */s/Luis A. Ayon, Esq.*
Christina V. Miller, Esq.      LUIS A. AYON, ESQ.
16 Nevada Bar No.12448      Nevada Bar No. 9752
Joseph A. Dragon, Esq.      8716 Spanish Ridge Avenue Suite 115
17 Nevada Bar No. 13682      Las Vegas, Nevada 89148
18 7785 W. Sahara Ave., Suite 200      *Attorneys for Defendant Kenneth Berberich*
Las Vegas, NV 89117      *as Trustee for the East Cactus 2071 Trust*
19 (702) 475-7964; Fax: (702) 946-1345
*Attorneys for Plaintiff, U.S. Bank,*
20 *National Association, as Trustee for*
*Asset Backed Securities Corporation*
21 *Home Equity Trust, Series 2005-HE2,*
22 *Asset Backed Pass-Through*
*Certificates, Series 2005-HE2*

| | |
|---|---|
| DATED this 12th day of February, 2019. | DATED this 12th day of February, 2019. |
| **BOYACK ORME & ANTHONY** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP.** |
| */s/ Kelley K. Blatnik, Esq.* | */s/ Adrienne Brantley-Lomelli, Esq.* |
| EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>KELLEY K. BLATNIK, ESQ.(Of Counsel)<br>Nevada Bar No.12768<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant, Antigua Maintenance Corporation* | ADRIENNE BRANTLEY-LOMELI, ESQ.<br>Nevada Bar No. 14486<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>*Attorneys for consolidated-Plaintiff Rudy James Lopez* |

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/ Joseph A. Dragon, Esq.*
Christina V. Miller, Esq.
Nevada Bar No.12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

**IT IS SO ORDERED.**

Dated: February 13, 2019.

_____
UNITED STATES DISTRICT JUDGE