WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No.12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION, et al.<br><br>Defendants.<br><br>AND ALL RELATED AND CONSOLIDATED CLAIMS | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with:<br><br>2:18-CV-00457-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE RESPONSES CLARIFYING STIPULATION AND ORDER FILED AS CM ECF NO 113**<br><br>**[FIRST REQUEST]** |

Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2 (hereinafter, "U.S. Bank"); and Defendant, Antigua Maintenance Corporation (hereinafter, "Antigua" or "HOA"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

Previously, the parties stipulated to extend the deadline for dispositive motions. [See, ECF No. 113] The parties understood dispositive motions and their associated oppositions and

replies were to have the deadlines extended, but the stipulation only mentioned dispositive motions. [See, ECF No. 113] This Stipulation and Order seeks to clarify the earlier agreement.

IT IS HEREBY STIPULATED AND AGREED that in the interest of settlement, Antigua grants U.S. Bank until March 12, 2019 to respond to their Motion for Summary Judgment, [ECF No. 111]

IT IS HEREBY STIPULATED AND AGREED that if a global resolution is not reached prior to March 12, 2019, then U.S. Bank must respond to the HOA's Motion for Summary Judgment, [ECF No.111], at that time.

IT IS HEREBY STIPULATED AND AGREED that the request for an extension of the dispositive motion deadline is not intended to cause delay.

IT IS SO STIPULATED.

DATED this 28th day of February, 2019.    DATED this 28th day of February, 2019.

**WRIGHT, FINLAY & ZAK, LLP**    **BOYACK ORME & ANTHONY**

*/s/ Joseph A. Dragon, Esq.*    */s/Kelley K Blatnik, Esq.*
Christina V. Miller, Esq.    EDWARD D. BOYACK, ESQ.
Nevada Bar No.12448    Nevada Bar No. 5229
Joseph A. Dragon, Esq.    Kelley K. Blatnik, Esq. (of counsel)
Nevada Bar No. 13682    Nevada Bar No. 12768
7785 W. Sahara Ave., Suite 200    7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117    Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345    *Attorneys for Defendant Antigua*
*Attorneys for Plaintiff, U.S. Bank,*    *Maintenance Corporation*
*National Association, as Trustee for*
*Asset Backed Securities Corporation*    **IT IS SO ORDERED.**
*Home Equity Trust, Series 2005-HE2,*
*Asset Backed Pass-Through*
*Certificates, Series 2005-HE2*

_____
UNITED STATES DISTRICT JUDGE
Dated: February 28, 2019.

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP