WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No.12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION, et al.<br><br>Defendants.<br><br>AND ALL RELATED AND CONSOLIDATED CLAIMS | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with:<br><br>2:18-CV-00457-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR U.S. BANK, N.A. TO RESPOND TO RESPOND TO EAST CACTUS 2017'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 134] AND TO EXTEND TIME FOR EAST CACTUS 2071 TO RESPOND TO U.S. BANK, N.A.'S OPPOSITION TO EAST CACTUS 2071'S MOTION FOR SUMMARY JUDGMENT[ECF NO. 133]** |

COMES NOW, Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2 (hereinafter, "U.S. Bank"), by and through their attorneys of record, Christina V. Miller, Esq and Joseph A. Dragon, Esq. , of the law firm of Wright, Finlay & Zak, LLP; and Defendants, East Cactus 2071 Trust (hereinafter, "Defendant," "East Cactus" or "Buyer"), by an through its attorneys of record Luis A. Ayon, Esq. of the law office of Ayon Law , PLLC, hereby stipulate as follows:

On April 2, 2019, the Buyer filed a response to U.S. Bank's Motion for Summary Judgment (ECF No. 134), with a Reply due on April 16, 2019. Further, U.S. Bank filed a Response to Buyer's Motion for Summary Judgment (ECF No. 133) on April 2, 2019, with a Reply due on April 16, 2019. The parties hereby agree to extend the deadline for U.S. Bank and the Buyer to file and serve their respective Replies from April 16, 2019 to **May 10, 2019**.

This is the parties' first request for extension of this deadline, and is not extended to cause any delay or prejudice to any party.

DATED this 12th day of April, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Joseph A. Dragon, Esq.*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
jdragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

DATED this 12th day of April, 2019.

**AYON LAW, PLLC**

*/s/ Joseph A. Dragon, Esq.*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
E-Mail: laa@ayonlaw.com
8716 Spanish Ridge Avenue, Suite 115
Henderson, Nevada 89148
*Attorneys For Defendant/Counter-Claimant East Cactus 2071 Trust*

**ORDER**

IT IS HEREBY ORDERED that U.S. Bank and East Cactus 2071 Trust shall have until May 10, 2019, to file and serve their respective Replies to (ECF No.'s 133 and 134).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: April 16, 2019.

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

1 | */s/ Joseph A. Dragon, Esq.*_____
Christina V. Miller, Esq.
2 | Nevada Bar No.12448
3 | Joseph A. Dragon, Esq.
Nevada Bar No. 13682
4 | 7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
5 | (702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
6 | *Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities*
7 | *Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates,*
*Series 2005-HE2*