WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No.12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION, et al.<br><br>Defendants.<br><br>AND ALL RELATED AND CONSOLIDATED CLAIMS | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with:<br><br>2:18-CV-00457-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR U.S. BANK, N.A. TO RESPOND TO EAST CACTUS 2017'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 134] AND TO EXTEND TIME FOR EAST CACTUS 2071 TO RESPOND TO U.S. BANK, N.A.'S OPPOSITION TO EAST CACTUS 2071'S MOTION FOR SUMMARY JUDGMENT[ECF NO. 133]**<br><br>**[SECOND REQUEST]** |

COMES NOW, Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2 (hereinafter, "U.S. Bank"), by and through their attorneys of record, Christina V. Miller, Esq and Joseph A. Dragon, Esq. , of the law firm of Wright, Finlay & Zak, LLP; and Defendants, East Cactus 2071 Trust (hereinafter, "Defendant," "East Cactus"

or "Buyer"), by an through its attorneys of record Luis A. Ayon, Esq. of the law office of Ayon Law , PLLC, hereby stipulate as follows:

On April 2, 2019, the Buyer filed a response to U.S. Bank's Motion for Summary Judgment (ECF No. 134), with a Reply due on April 16, 2019. Further, U.S. Bank filed a Response to Buyer's Motion for Summary Judgment (ECF No. 133) on April 2, 2019, with a Reply due on April 16, 2019. The parties hereby agree to extend the deadline for U.S. Bank and the Buyer to file and serve their respective Replies from May 10, 2019 to **May 24, 2019**.

The parties discussing possible settlement of this matter.

This is the parties' second request for extension of this deadline, and is not extended to cause any delay or prejudice to any party. If a resolution cannot be reached by the new due date, the Parties will not request additional time to brief the issue.

DATED this 10th day of May, 2019.　　　　DATED this 10th day of May, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Joseph A. Dragon, Esq.*_____
Christina V. Miller, Esq.
Nevada Bar No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
jdragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

**AYON LAW, PLLC**

*/s/ Luis Ayon, Esq..*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
E-Mail: laa@ayonlaw.com
8716 Spanish Ridge Avenue, Suite 115
Henderson, Nevada 89148
*Attorneys For Defendant/Counter-Claimant East Cactus 2071 Trust*

**ORDER**

IT IS HEREBY ORDERED that U.S. Bank and East Cactus 2071 Trust shall have until May 24, 2019, to file and serve their respective Replies to (ECF No.'s 133 and 134).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: May 10, 2019.

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/ Joseph A. Dragon, Esq.___*
Christina V. Miller, Esq.
Nevada Bar No.12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*