WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
sehlers@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with:<br><br>Case No.: 2:18-cv-00457-APG-PAL<br><br>**STIPULATED DISMISSAL OF CLAIMS BETWEEN U.S. BANK TRUST AND ANTIGUA MAINTENANCE CORPORATION.**<br><br>**ORDER** |
| EAST CACTUS 2071 TRUST<br><br>Counter-claimant,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>Counter-Defendant | |

JAMES LOPEZ

        Consolidated-Plaintiff

vs.

ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,

        Consolidated- Defendants

Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2 ("Plaintiff") and Antigua Maintenance Corporation ("HOA") (collectively the "Settling Parties") by and through undersigned and respective counsel of record, hereby stipulate that, pursuant to settlement amongst the Settling Parties, all claims between the Settling Parties, related to the consolidated cases 2:17-cv-01866-APG-NJK and 2:18-cv-0457-APG-PAL only, are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs. Any and all other claims between other parties are not affected by this stipulation.

| Dated this 11th day of June, 2020. | Dated this 11th day of June, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | BOYACK ORME & ANTHONY |
| /s/ R. Samuel Ehlers<br>R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff/Counter-Defendant, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2* | /s/ Patrick A. Orme<br>Edward D. Boyack<br>Nevada Bar No. 5229<br>Patrick A. Orme, Esq.<br>Nevada Bar No. 007853<br>7432 W. Sahara Ave., Ste. 101<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Antigua Maintenance Corporation* |

**IT IS SO ORDERED.**

                                            6/11/2020

                          United States District Judge