Edward D. Boyack
Nevada Bar No. 5229
**BOYACK ORME ANTHONY & McKIEVER**
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
702.562.3415
702.562.3570 (fax)
*Attorney for Defendant,*
*Antigua Maintenance Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>    Plaintiff,<br>v.<br><br>ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>    Defendants. | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with:<br><br>2:18-CV-00457-APG-PAL (Closed)<br><br>**STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS AMONGST AND BETWEEN ANTIGUA MAINTENANCE CORPORATION AND RUDY JAMES LOPEZ** |
| EAST CACTUS 2071 TRUST<br><br>    Counter-claimant<br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2<br><br>    Counter-Defendant | |
| RUDY JAMES LOPEZ<br><br>    Consolidated-Plaintiff | |

Page 1 of 3

1 v.

2 ANTIGUA MAINTENANCE
3 CORPORATION; KENNETH BERBERICH
AS TRUSTEE FOR EAST CACTUS 2071
4 TRUST; NEVADA ASSOCIATION
5 SERVICES, INC.,

6            Consolidated- Defendants

**ANTIGUA MAINTENANCE CORPORATION**, by and through its counsel of record, Boyack Orme Anthony & McKiever, and **RUDY JAMES LOPEZ**, by and through his counsel of record, Lewis Roca Rothgerber Christie, stipulate to dismiss all pending claims amongst and between them, with prejudice, with each party to bear their own attorneys fees and case costs incurred in this matter.

DATED September 24, 2020

/s/ Patrick Orme

Edward D. Boyack, Esq.
Nevada Bar No. 5229
Patrick A. Orme, Esq.
Nevada Bar No. 7853
**BOYACK ORME ANTHONY & McKIEVER**
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
*Attorneys for Defendant Antigua Maintenance Corporation*

DATED September 24, 2020

/s/ Adrienne B-Lomeli

Adrienne Brantley-Lomeli, Esq.
Nevada Bar No. 14486
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Rudy James Lopez*

## ORDER

Based upon the stipulation of the parties above, **IT IS SO ORDERED**.

DATED: September 24, 2020

_____
**JUDGE ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

1 | Respectfully submitted,

*[signature: Patrick Orme]*

Edward D. Boyack, Esq.
Nevada Bar No. 5229
Patrick A. Orme, Esq.
Nevada Bar No. 7853
**BOYACK ORME ANTHONY & McKIEVER**
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
*Attorneys for Defendant*
*Antigua Maintenance Corporation*