WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01866-APG-NJK<br><br>Consolidated with:<br><br>Case No.: 2:18-cv-00457-APG-PAL<br><br>**STIPULATION AND ORDER TO DIMISS** |
| EAST CACTUS 2071 TRUST<br><br>Counter-claimant,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2,<br><br>Counter-Defendant | |

1 | JAMES LOPEZ
2 |
3 |             Consolidated-Plaintiff
  |      vs.
4 |
5 | ANTIGUA MAINTENANCE CORPORATION; KENNETH BERBERICH AS TRUSTEE FOR EAST CACTUS 2071 TRUST; NEVADA ASSOCIATION SERVICES, INC.,
6 |
7 |
8 |             Consolidated- Defendants
9 |
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

## STIPULATION AND ORDER TO DISMISS

Plaintiff, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2 ("Plaintiff") Kenneth Berberich as Trustee For East Cactus 2071 Trust ("East Cactus") (collectively the "Parties") by and through their respective attorneys of records, stipulate that all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

Dated this 8th day of December, 2020.

| WRIGHT, FINLAY & ZAK, LLP | AYON LAW, PLLC |
|---|---|
| /s/ Robert A. Riether  <br>Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff/Counter-Defendant, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2* | /s/ Luis A. Ayon  <br>Luis A. Ayon, Esq.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Avenue, Suite 115<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant/Counter-Claimant, East Cactus 2071 Trust* |

## ORDER

**IT IS SO ORDERED.**

DATED this __9th__ day of __December__ 2020.

_____
UNITED STATES DISTRICT COURT JUDGE